

# Angel M. Rodriguez - Chevres, M.D.
Emergence Health Network
725 S. Mesa Hills, Bldg. 1-Suite 1
El Paso, Texas 79912
Telephone: (915) 887-3414
Fax: (915) 585-1682

## PSYCHIATRIC EVALUATION

| | |
|---|---|
| **CLAIMANT:** | STEVEN MENDOZA ARELLANO |
| **CAUSE #:** | 17-2687MJ |
| **DOB:** | 07/14/1987 |
| **DOS:** | 10/06/2017 |
| **REPORT DATE:** | 04/17/2018 |

### REFERRAL SOURCE:

Jeep Darnell, Attorney at Law.

### TYPE OF EVALUATION:

Forensic

### RISK ASSESSMENT FOR SEX OFFENDER:

Scale: STATIC - 99

### CONFIDENTIALITY STATEMENT:

The nature and purpose of this examination was explained to Mr. Steven Mendoza Arellano, who understood that this is not a doctor-patient type relationship but more an Independent Psycho-Legal Evaluation. He understood as well that the privilege of confidentiality is limited, since a report will be forwarded to the referral source and all those entitled to look at the report in reference to this Legal situation. Mr. Mendoza Arellano agreed on completing the interview.

### DISCLAIMERS:

1) I reserve the right to change any of the opinions rendered in this report, if additional information support those changes.

2) The Forensic Psychiatric Evaluation reflected in this report, was conducted pursuant to a referral from an attorney at law. This report would be released only to the court, his officers and all the designated in the statute, and is intended for

their use only. Any other use or distribution of this document is not authorized by the undersigned.

## SOURCE OF INFORMATION:

1) Clinical interview with Mr. Steven Mendoza Arellano 10/06/2017.
2) Meeting with Defense Attorney Jeep Darnell.
3) United States District Court for the District of Mexico.
4) Criminal Complaint Case No. 17-2687MJ.
5) Risk Assessment for Sex Offender: Scale STATIC – 99
6) Video: 2 Hr. Interview of Alleged Victim

## IDENTIFICATION:

This is a 30-year-old single Hispanic American male who was seen at the Dona Ana Jail facility in order to complete this Psychiatric Evaluation. Mr. Mendoza Arellano was cooperative with this examiner and appeared to be reliable in the presentation of this information.

## PERTINENT INFORMATION:

## DEFENDANT'S CONCERNS:

Mr. Mendoza Arellano went on to explain his circumstances that lead to him being Incarcerated at this time. He expressed remorse about all of it "turning up this way." He admits that he actually worries a lot about the upcoming court hearing, and to face the Charges he is pending. He is facing charges related to three Felonies. The first Charge is Statutory Rape/Second, Child Pornography/and three, Crossing State Line to Commit a Crime.

He expressed how he had adapted being in Jail, using this experience to help others and to get closer to God, as he prays for an outcome "that everyone can live with." He did admit to it being difficult; he has been deprived of his freedom for the first time in his life, as he reported never having problems with the Law in the past.

Initially there were crying spells and a depressed mood; he reported that although it has been difficult he is actually overcoming this. Mr. Mendoza Arellano reported eating and sleeping well, and maintaining "his faith in the Lord."

## SIGNIFICANT HISTORY

### PSYCHIATRIC:

There is no prior history of mental health intervention as well as any history of emotional, physical, sexual, or verbal abuse. He denied any involvement with gangs and difficulties with controlling his anger. There is no history of altercations.

Mr. Mendoza Arelllano denied as well history of Trauma as he grew up. He reported the father being a Pastor and him being the oldest of three. The parents and family were to be supportive.

He denied as well any history of Drugs or Alcohol Abuse.

### MEDICAL:

He has a history of Asthma but otherwise he has been in good health. He denied surgeries, allergies, any history of head trauma, loss of consciousness, injuries or fractures. There is no history of seizures.

### LEGAL:

Prior to this, there have been no difficulties with the Law, as stated above.

### PSYCHOSOCIAL:

#### DEVELOPMENTAL:

Mr. Mendoza Arellano was born in Albuquerque, New Mexico, and there were no problems achieving his developmental milestone nor with making and maintaining relationships.

He further indicated that he has lived in Las Cruces in 1998.

#### ACADEMIC:

Mr. Mendoza Arellano indicated he finished High School as well as Master's Degree in Electrical Engineering and has worked in that capacity for about 4 years. The Master's Degree was obtained at NSMU.

### WORK HISTORY:

He had been working as a Flight Control Engineer for NASA.

Mr. Mendoza Arellano had been living with both parents and a brother at the time of his detention.

### FAMILY PSYCHIATRIC HISTORY:

He does not know any of any.

### DEFENDANTS RECOLLECTIONS OF THE TIME OF THE ALLEGED CRIME:

Mr. Mendoza Arellano related how he got involved in a relationship with young lady, which started basically as a friendship after the death of her grandfather. In fact, he was instrumental in the development of tribute video and pictures, since this is an area that is quite of his interest.

Gradually, this relationship started getting to a point that they became closer and he defined it as more romantic.

He further explained that on or about 09/01/2017, after having been together and having sex, he decided to call the father to let them know about the relationship. In turn he got a text indicating not to come talk to them, and hours later the Police showed up with a Warrant to arrest him. He has been detained since.

### MENTAL STATUS EXAMINATION:

This was an alert and cooperative male in no acute distress, but somewhat dysphoric as tears were shed as he disclosed information to me. His speech is appropriate in rate and tone with good structure of associations. His affect was somewhat anxious, but he related an "okay" mood," all things considered." There wes no evidences of a Thought Disorder. He denied misperceptions, as well as homicidal or suicidal ideation. No delusions appeared to be present. Mr. Mendoza Arellano was oriented to time, place, person, as well as to situation. Cognitive skills overall appeared to be adequate for the level of education and background. Insight was good. Fund of knowledge and intelligence appeared about average.

### PROFESSIONAL OPINIONS:

From a Diagnostic point of view, at this time Mr. Mendoza Arellano has seemed to have gone through more of a type of Adjustment Reaction, although on the other hand, he does not seems to develop any significant Mental Illness related to it. He does

MENDOZA ARELLANO, STEVEN
PAGE 5

appear to be coping appropriately given the circumstances he faces. So other than Legal Difficulties, I do not see him meeting criteria for any mental condition to speak of.

**RISK ASSESSMENT:**

It is with Reasonable Degree of Medical Certainty that Mr. Mendoza Arellano **PRESENTS A LOW RISK** in reference to reoffending.

Mr. Mendoza Arellano scored two (2) in the STATIC-99 Scale Prediction of Risk in Sexual Offenders. Six (6) or greater are considered to be <u>high risk.</u>

A.M. Rodriguez-Chevres, MD
Psychiatrist

AMRC:afg

# ATTACHMENT A

## STATIC -99 Scale for the Prediction of Risk in Sexual Offenders

Item #1 - Young
– Sexual recidivism is more likely in an offender's early years than in the in an offender's later adult years.

    Score if past age 25
    Score: 0
    **DOB: 07/14/1987**

Item #2 - Ever Lived with an Intimate Partner
-2 years - having a prolonged intimate connection to someone may be a protective factor against sexual re-offending.

    Score: 1

Item #3 - Index Non-Sexual Violence (NSV) - Any Convictions
-A history of violence is a predictive factor for future violence. Score - based on a criminal record; absence of separate connection for a non-sexual violent offence at the same time they were convicted of their Index Offense.
(No Prior Convictions)

    Score: 0

Notes: 1) Weapons offences - weapons offences do not count unless the weapon was used in the commission of a violent or a sexual offence.
2) Possession of a firearm or possession of a firearm without a license would not count.
3) Convictions overturned on appeal do not count.
4) Arrest/charges do not count.

Item # 4 - Prior No-Sexual Violence - Any Convictions

-A history of violence is a predictive factor for future violence.

Rule: Absence of a separate conviction for a non-sexual violent offence prior to their Index Offence.

(No History of Violence)

    Score: 0

Item# 5 - Prior Sex Offences
- having sex offenses are a predictive factor for sexual offense recidivism.
Note: Access to an official criminal record as compiled
by police, court, or correctional authorities.
(No Prior Sex Offenses)

Score: 0

Item# 6 - Prior Sentencing Dates
-(Requires a criminal record review) - Having a criminal history is
on the "Big Four" predictors of future criminal behavior.
Rule: If the offenders record indicates four or more separate
sentencing dates prior to the Index Offence – score a 1 if
not 0
(No Prior Criminal History)

Score: 0

Item# 7 - Any Convictions for Non-Contact Sex Offences
- Offenders with paraphilic interest are at an increased risk for sexual recidivism.
Rule: if the offender's criminal record does not show a separate
conviction for a non- contact sexual offence.
(None)

Score: 0

Items #8, 9, 10 - The Three Victim Questions
-(Unrelated victims, stranger victims and male victims)
- Not to be scored for non-sexual offences or from sex offences
related to prostitution/pandering, possession of child pornography and public sex with consenting adults (category "B" sex offences).
Note: Manipulating pre-existing images to make child pornography is not sufficient
- A real child must be present.

x   Item #8 - Any Unrelated Victims?
- Offenders who offend only against family members recidivate at a
lower rate compared to those who have victims outside of their
immediate family is empirically related to a corresponding
increase in risk.
Rule: if the offender has victims of sexual offences outside their immediate family.

Score: 1

    x    Item #9 - Any Stranger Victims?
          -Having a stranger victim is related to sexual recidivism.
            Rule: if the offender's victims of sexual offences were all known to the offender for at least 24 hours prior to the offence.

                                                  Score: 0

    K    Item #10 - Any Male Victims?
          -Offenders who have offended against male children or male adults recidivate at a higher rate.
            Rule: if the offender's victims of sexual offences are female.

                                                  Score: 0

*Score average: 0-10*          *Total Score: 2*

*(6 or greater are all considered high risk)*

AMRC:afg

# Angel M. Rodriguez – Chevres, M.D.

Emergence Health Network
725 S. Mesa Hills, Bldg. 1-Suite 1
El Paso, Texas 79912
Telephone: (915) 887-3414
Fax: (915) 585-1682

August 21, 2018

Subject: Explanation of Items

Scored (#2 and #8).

- Item #2:

    A point is given if there has not been an intimate relationship for about (two) years. Such relationship is considered to be a protective factor.

- Item #8:

    A point is given since the alleged victim is unrelated to the defendant.

People who offend only against family members recidivate at a lower rate.

Total score of 2 in a scale of 10, is consider to be in the low range for reoffending.

Dr. Angel M. Rodriguez-Chevres, M.D.